# UNITED STATES DISTRICT COURT

FOR THE _____ District of COLUMBIA

DANIEL J. LEVITAN, ETAL
V.
ALBERTO GONZALES, ETAL

**SUMMONS IN A CIVIL CASE**

CA CASE NUMBER 1:06CV00031

JUDGE: Gladys Kessler

DECK TYPE: Pro se General Civil

DATE STAMP: 01/9/2006

TO: (Name and address of Defendant)
MICHAEL A. ZENK, WARDEN
FPC - USP - ATLANTA
601 McDONOUGH BLVD., S.E.
POB 150160
ATLANTA, GA. 30315

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE ~~[redacted]~~ (name and address)

DANIEL J. LEVITAN - 22977-037
JOHN L. PHILLIPS - 10527-075
601 McDONOUGH BLVD., S.E.
F.P.C. - ATLANTA
P.O.B. 150160
ATLANTA, GA. 30315

PAMELA T. HAY
1257 GREYSTONE LANE
PENSACOLA, FLA. 32514

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

_Maureen Higgins_
(By) DEPUTY CLERK

JAN - 9 2005
DATE

**RECEIVED**
MAY 8 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 5/85) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the summons and complaint was made by me | DATE<br>April 18, 2006 @ 3:05 pm |
| NAME OF SERVER<br>David Batzle | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left _____

☐ Returned unexecuted: _____

☑ Other (specify): Served Michael A. Zenk, Warden, Federal Prison-USP-Atlanta, by personally serving Katherine Marszalik, secretary, at her business located at 601 McDonough Boulevard, Atlanta, GA 30315.

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/21/06
              *Date*                                *Signature of Server*

MLQ ATTORNEY SERVICE
2000 Riveredge Parkway, NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.