UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. LEVITAN, et al.,          ) | |
|         Plaintiffs,          ) | |
|         v.          ) | Civil Action No. 06-0031 (GK) |
| ALBERTO GONZALES, et al.,          ) | |
|         Defendants.          ) | |

**DEFENDANTS' FIRST MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants in this action, Alberto Gonzales, Harley G. Lappin, R.E. Holt, Michael A. Zenk, Three Unknown named Employees of the Federal Bureau of Prisons ("BOP") Food Service Program Review Team of 2005, and Three Unknown Named Employees of the BOP Mechanical Services Department, respectfully request an enlargement of time to file an answer or otherwise respond to the complaint in this case. The Department of Justice ("DOJ") was served with a copy of the Summons and Complaint on April 25, 2006. The DOJ accordingly initiated the process to obtain representational authority, yet this process has not yet been completed. Therefore, defendants request an additional thirty (30) days, until Tuesday July 25, 2006, to file an answer or otherwise respond to the complaint on behalf of all defendants.

*Pro Se* plaintiffs bring this Bivens action against the above named federal government officials and employees including; Alberto Gonzales, Attorney General; Harley G. Lappin, Director of the BOP; R.E. Holt, Regional Director of the BOP; Michael A. Zenk, Warden, Federal Prison Camp; Three Unknown named Employees of the BOP Food Service Program Review Team of 2005; and Three Unknown Named Employees of the BOP Mechanical Services

Department.

Because it is a <u>Bivens</u> action, the individual federal defendants, sued in their personal capacity, have the opportunity to request legal representation by the DOJ, pursuant to 28 C.F.R. § 50.15.  The decision whether to grant such representation is made by the Torts Branch of DOJ headquarters and, if the request is approved, this Office would likely be appointed as counsel.  The process begins with requests from the federal employees and their respective agencies.  This Office has initiated, but has not yet completed, the process to obtain representational authority and, therefore, cannot yet represent the individual defendants. Defendants, therefore, respectfully request the Court to grant a thirty (30) day enlargement of time in order to obtain such representational authority.

Because two of the three plaintiffs- Daniel J. Levitan and John L. Phillips- are incarcerated, and are proceeding *pro se*, Local Rule 7(m) does not apply to these two with regard to this motion. Defendants, therefore, have not obtained their position as to the relief requested. *Pro se* plaintiff, Pamela May, next of friend to plaintiff Daniel J. Levitan, was contacted by telephone on June 7, 2006. Her acceptance of the relief requested in this motion is duly noted.

Currently, defendants are scheduled to answer or otherwise respond to *pro se* plaintiffs' complaint by June 25, 2006. Due to the reasons set forth above, however, and not for purposes of delay, the federal defendants request that they receive a thirty (30) day enlargement of time, until Tuesday, July 25, 2006, to file an answer or otherwise respond to plaintiffs' Complaint.

June 12th, 2006                                    Respectfully submitted,

                                            /s/
                                        KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                        United States Attorney

                                            /s/
                                        RUDOLPH CONTRERAS, DC Bar # 434122
                                        Assistant United States Attorney

                                          /s/
                                        JOHN F. HENAULT, D.C. Bar # 472590
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        555 4th Street, N.W.,
                                        Washington, D.C. 20530
                                        (202) 370-1249
                                        (202) 514-8780 facsimile

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendants' First Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiffs at:

DANIEL J. LEVITAN
Reg. No. 22977-037
Federal Prison Camp
601 McDonough Boulevard, SE
P.O. Box 150160
Atlanta, GA 30315-0160

PAMELA T. MAY, Next of Friend
DANIEL J. LEVITAN
1257 Greystone Lane
Pensacola, FL 32514
850/477-5674

JOHN L. PHILLIPS
Reg. No. 10527-075
Federal Prison Camp
601 McDonough Boulevard, SE
P.O. Box 150160
Atlanta, GA 30315-0160

on this 12th day of June 2006.

                                                /s/
                                                JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 370-1249
(202) 514-8780 facsimile