UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. LEVITAN, et al.,   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| v.   ) | Civil Action No. 06-0031 (GK) |
| ) | |
| ALBERTO GONZALES, et al.,   ) | |
| ) | |
| Defendants.   ) | |
| ) | |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants Alberto Gonzales, Harley G. Lappin, R.E. Holt, and Michael A. Zenk, respectfully request an enlargement of time to file a reply brief in support of their motion to dismiss in this case. The current deadline is July 25, 2006. Defendants request an extension of time until August 7, 2006. Defendants are in the process of obtaining a Westfall Certification for defendant Michael Zenk in response to claims against him under the Federal Tort Claims Act. The certification must be signed by the Chief of the Civil Division who is out of the office until August 7, 2006.

Because two of the three plaintiffs- Daniel J. Levitan and John L. Phillips- are incarcerated, and are proceeding *pro se*, Local Rule 7(m) does not apply to these two with regard to this motion. Defendants, therefore, have not obtained their position as to the relief requested. Counsel left a voice mail message for *pro se* plaintiff, Pamela May, next of friend to plaintiff Daniel J. Levitan, on July 25, 2006 but was unable to reach her.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, DC Bar # 434122
Assistant United States Attorney

/s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 370-1249
(202) 514-8780 facsimile

# CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendants' First Motion to Enlarge Time to File a Reply Brief in Support of Their Motion to Dismiss to be served by first class mail upon *pro se* plaintiffs at:

DANIEL J. LEVITAN
Reg. No. 22977-037
Federal Prison Camp
601 McDonough Boulevard, SE
P.O. Box 150160
Atlanta, GA 30315-0160

PAMELA T. MAY, Next of Friend
DANIEL J. LEVITAN
1257 Greystone Lane
Pensacola, FL 32514
850/477-5674

JOHN L. PHILLIPS
Reg. No. 10527-075
Federal Prison Camp
601 McDonough Boulevard, SE
P.O. Box 150160
Atlanta, GA 30315-0160

on this 25th day of July, 2006.

/s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 370-1249
(202) 514-8780 facsimile