UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL J. LEVITAN, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 06-0031 (GK) |
| | ) |
| **ALBERTO GONZALES, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file a reply brief in support of their motion to dismiss on or before August 7, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

    JOHN HENAULT
    Assistant United States Attorney
    Judiciary Center Building
    555 4th St., N.W.
    Washington, D.C.  20530

    DANIEL J. LEVITAN
    Reg. No. 22977-037
    Federal Prison Camp
    601 McDonough Boulevard, SE
    P.O. Box 150160
    Atlanta, GA 30315-0160

    PAMELA T. MAY, Next of Friend
    DANIEL J. LEVITAN
    1257 Greystone Lane
    Pensacola, FL 32514
    850/477-5674

    JOHN L. PHILLIPS
    Reg. No. 10527-075
    Federal Prison Camp
    601 McDonough Boulevard, SE
    P.O. Box 150160
    Atlanta, GA 30315-0160