UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DANIEL J. LEVITAN, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 06-0031 (GK) |
| ALBERTO GONZALES, et al., ) | |
| Defendants. ) | |

CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and re-delegated to me on March 20, 2006, hereby certify that I have read the complaint in <u>Daniel J. Levitan, et al. v. Alberto Gonzales, et al.</u>, No. 06-0031, and that on the basis of information now available to me with respect to the incidents alleged therein, I find the named federal defendant, Michael A. Zenk, Warden USP Atlanta; was acting within the scope of his employment as employee of the United States at the time of the alleged incidents.

July 25, 2006

/s/ _____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney
Chief, Civil Division