UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. LEVITAN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-0031 (GK) |
| ALBERTO GONZALES, et al., | ) |
| Defendants. | ) |

### DECLARATION OF DELAINE MARTIN HILL

I, Delaine Martin Hill, hereby declare and state the following:

1. I am an Assistant General Counsel for the Federal Bureau of Prisons in Washington, D.C. I have been employed as an attorney with the Federal Bureau of Prisons since August 2001.

2. Under 28 C.F.R. § 542.10-542.18, "Administrative Remedy Procedure for Inmates," the Bureau of Prisons has implemented a procedure that inmates must use to make complaints about any aspect of their confinement. Under this procedure, an inmate must first address his complaint informally with the institution staff. If informal resolution is unsuccessful, the inmate may file a formal complaint with the warden of the institution where he is incarcerated. If the inmate is not satisfied with the warden's response, he may appeal his concerns to the Regional Director. If dissatisfied with the Regional Director's response, the inmate may finally appeal to the Office of General Counsel in the Central Office of the Bureau of Prisons.

3. On July 18, 2006, I searched the computer system in the Central Office of the Bureau of Prisons for all the administrative remedies and FTCA claims filed, to date, by Daniel J. Levitan, BOP Register No. 22977-037 and John L. Phillips, BOP Register No. 10527-075.

4. Plaintiff Levitan filed an FTCA claim with the BOP on September 26, 2005, and this claim was denied on February 28, 2006.

5. Plaintiff Phillips filed an FTCA claim with the BOP on October 14, 2005, and this

claim was denied on December 5, 2005.

6. Plaintiff Levitan filed an administrative claim regarding overcrowding with the BOP Southeast Regional Office December 13, 2004. Levitan sought an administrative remedy at the institutional level regarding food poisoning on November 22, 2005, and with the BOP Central Office on March 14, 2006, and May 9, 2006.

7. A review of the record indicates that Plaintiff Phillips has not filed any administrative remedies regarding the food poisoning issue. Phillips has not exhausted his administrative remedies regarding overcrowding. He filed an administrative remedy at the institutional level on December 12, 2005, and with the BOP Southeast Regional Office March 28, 2006.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of July 2006 in Washington, D.C.

Delaine Martin Hill
Assistant General Counsel
Litigation Branch
Federal Bureau of Prisons