UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**DANIEL J. LEVITAN**, et al.,          :
                                        :
      Plaintiffs,                   :
                                        :
      v.                            :  Civil Action
                                        :  No. 06-31 (GK)
**ALBERTO GONZALES**, et al.,           :
                                        :
      Defendants.                   :
_____:

## ORDER

This matter is before the Court upon Defendants' Motion to Dismiss or, in the Alternative, to Transfer Venue, [#6]. Plaintiffs, Daniel J. Levitan, Pamela T. May, and John L. Phillips, are proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, it is hereby

**ORDERED,** that Plaintiffs respond to the Defendants' Motion, [#6], no later than **September 1, 2006.** If Plaintiffs do not

1

respond, the Court will treat the Motion as granted and enter judgment in favor of the Defendants.

August 2, 2006
/s/
Gladys Kessler
U.S. District Judge

Copies to: attorneys of record via ECF, and

DANIEL J. LEVITAN
R22977-037
FEDERAL PRISON CAMP
601 McDonough Boulevard, SE
P.O. Box 15060
Atlanta, GA 30315-0160

PAMELA T. MAY
1257 Greystone Lane
Pensacola, FL 32514

JOHN L. PHILLIPS
R10527-075
FEDERAL PRISON CAMP
601 McDonough Boulevard, SE
P.O. Box 150160
Atlanta, GA 30315-0160