UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL J. LEVITAN, et al.,** )<br>)<br>    **Plaintiffs,** )<br>)<br>    v. )<br>)<br>**ALBERTO GONZALES, et al.,** )<br>)<br>    **Defendants.** )<br>)<br>_____ ) | Civil Action No. 06-0031 (GK) |

### DEFENDANTS' NOTICE OF RE-SERVICE

Defendants hereby file this notice of service to alert the Court that the copy of defendants' motion for extension of time to file an answer or otherwise respond to the complaint, which the undersigned caused to be served on the plaintiff on June 12, 2006, was just returned as undeliverable. The mailing address given by the plaintiff to the Court is incorrect. Plaintiff has made no attempt to correct his address with the Court at this time. Defendants assume that defendants' motion to dismiss or in the alternative, motion for summary judgment, filed on July 28, 2006, will also be returned as undeliverable.

Therefore, the undersigned hereby certifies that another copy of both motions has been served, to the following address, on

    John Phillips
    R# 10527-075
    Diersen Charities
    808 Lea
    Nashville, TN 37203

on this 15th day of August, 2006.

   /s/
_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 370-1249
(202) 514-8780 facsimile

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Service was served upon plaintiffs by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

JOHN PHILLIPS
Reg. No. 10527-075
Diersen Charities
808 Lea
Nashville, TN 37203

DANIEL J. LEVITAN
Reg. No. 22977-037
Federal Prison Camp
601 McDonough Boulevard, SE
P.O. Box 150160
Atlanta, GA 30315-0160

PAMELA T. MAY, Next of Friend
DANIEL J. LEVITAN
1257 Greystone Lane
Pensacola, FL 32514
850/477-5674

on this 15th day of August, 2006.

/s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney