# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**DANIEL J. LEVITAN, et.al.,**
    Plaintiffs,

vs.                                          Case No. 06-CV-0031 (GK)

**ALBERTO GONZALES, et.al.,**
    Defendants.
_____/

## PLAINTIFF'S REQUEST FOR ENLARGEMENT OF TIME

Plaintiffs, DANIEL J. LEVITAN, and PAMELA T. MAY, Next of Friend, hereby move for an Enlargement of Time up to and including October 10, 2006, in which to file their reply to Defendant's Motion to Dismiss or to Transfer.

Plaintiffs are currently in transitional programming in the Bureau of Prisons which has caused substantial communication difficulties that will likely be resolved by October 10th. In addition, Defendant's have claimed lack of personal service which Plaintiffs will attempt to cure and give proof thereof to the Court. It also will become necessary to ask the Court to allow discovery for the purpose of determining liability as to the unknown named Defendants in the form of issuance of subpoenas, and discovery to the named Defendants that are liable as outlined in each of the counts of the complaint, that may include inspection of a facility.

Plantiff's DANIEL J. LEVITAN and JOHN PHILLIPS are currently incarcerated and thereby exempt from Local Rule 7(m) as they are proceeding pro se; PAMELA MAY, next of friend, has attempted to contact the Defendant's counsel, but was unsuccessful with the phone number provided by the Assistant U.S. Attorney.

- 1 -

**RECEIVED**

SEP 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

Dated: 8/28/06

**PAMELA T. MAY**
Next of Friend DANIEL J. LEVITAN
1257 Greystone Lane
Pensacola, FL  32514
850/477-5674
850/206-8555 Cell
pmay2263@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Plaintiff's First Request for Extension of

Time to Reply to Defendant's Motion to Dismiss was served by first class mail upon:

JOHN F. HENAULT
Assistant U.S. Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC  20530

JOHN PHILLIPS
3117 West
Nashville, TN  37218

DANIEL J. LEVITAN
#22977-037
Federal Prison Camp
601 McDonough Boulevard, SE
P.O. Box 150160
Atlanta, GA  30315-0160

On this _28th_ day of _August_, 2006.

**PAMELA T. MAY**

- 2 -

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**DANIEL J. LEVITAN, et.al.,**
    Plaintiffs,

    vs.                         Case No. 06-CV-0031 (GK)

**ALBERTO GONZALES, et.al.,**
    Defendants.
_____/

## ORDER

    Upon consideration of the Plaintiff's Motion for Enlargement of Time, support therefore and the grounds thereof and the entire record in this matter, it is hereby ORDERED that the said Motion is and is hereby GRANTED.

    Plaintiff's shall file a reply to the Defendant's Motion to Dismiss on or before October 10, 2006.

Dated: _____

                              _____
                              GLADYS KESSLER
                              U.S. District Judge

Copies to:

    Attorneys of record via ECF

    DANIEL J. LEVITAN
    #22977-037
    Federal Prison Camp
    601 McDonough Boulevard, SE
    P.O. Box 150160
    Atlanta, GA  30315-0160

PAMELA T. MAY
1257 Greystone Lane
Pensacola, FL  32514


JOHN PHILLIPS
3117 West
Nashville, TN  37218