UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
DANIEL J. LEVITAN, et al.,      :
                                :
      Plaintiffs,               :
                                :
      v.                        :   Civil Action
                                :   No. 06-31 (GK)
ALBERTO GONZALES, et al.,       :
                                :
      Defendants.               :
_____ :
```

### MEMORANDUM ORDER

This matter is before the Court on Defendants' Motion to Dismiss or, in the Alternative, to Transfer Venue, [#6]. Plaintiffs, Daniel J. Levitan, Pamela T. May, and John L. Phillips, are proceeding pro se in this matter.

In an Order dated August 2, 2006, following Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court advised Plaintiffs that failure to respond to Defendants' Motion to Dismiss might result in dismissal of their case. Plaintiffs' Opposition was due October 10, 2006, and they have yet to respond to Defendants' Motion. Accordingly, it is hereby

**ORDERED** that judgment is **granted** in favor of Defendants; and it is further

**ORDERED** that Plaintiffs' claims are dismissed.

December 3, 2006

/s/
Gladys Kessler
U.S. District Judge

**Copies to**:  attorneys of record via ECF, and

DANIEL J. LEVITAN
R22977-037
FEDERAL PRISON CAMP
601 McDonough Boulevard, SE
P.O. Box 15060
Atlanta, GA 30315-0160

PAMELA T. MAY
1257 Greystone Lane
Pensacola, FL 32514

JOHN L. PHILLIPS
R10527-075
FEDERAL PRISON CAMP
601 McDonough Boulevard, SE
P.O. Box 150160
Atlanta, GA 30315-0160